ROSEMARY M. RIVAS (SBN 209147)
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Attorney for Plaintiff
and the Proposed Class*

[Additional Counsel listed on signature block.]

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC NUZZO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVENSENSE, INC., BEHROOZ ABDI, AMIR FAINTUCH, USAMA FAYYAD, EMIKO HIGASHI, JON OLSON, AMIT SHAH, ERIC STANG, YUNBEI YU, TDK CORPORATION, and TDK SENSOR SOLUTIONS CORPORATION,<br><br>Defendants. | Case No. 3:17-cv-00859-JD<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     May 18, 2017<br>Time:    10:00 a.m.<br>Crtrm.:   11, 19th Floor<br>Judge:   Hon. James Donato |

1. Plaintiff Marc Nuzzo ("Plaintiff"), by his counsel, hereby withdraws his Motion for a Preliminary Injunction (the "Injunction Motion"). In support of this withdrawal, Plaintiff states:

1. On April 11, 2017, Plaintiff filed his Injunction Motion seeking to enjoin the stockholder vote regarding the acquisition of InvenSense, Inc. ("InvenSense") to TDK Corporation pursuant to which each share of InvenSense common stock will be cancelled and converted into the right to receive $13 per share in cash (the "Proposed Transaction"). Plaintiff argued that defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), by allegedly omitting certain material information from the proxy statement, which among other things, recommended that InvenSense stockholders vote in favor of the Proposed Transaction.

2. As a result of negotiations between the parties, defendant InvenSense filed an amendment to its Definitive Proxy Statement on April 24, 2017, which includes supplemental disclosures that address Plaintiff's claims raised in his Injunction Motion (the "Supplemental Disclosures").

3. As a result of, inter alia, InvenSense's dissemination of the Supplemental Disclosures, Plaintiff no longer intends to seek injunctive relief and, accordingly, respectfully withdraws his Injunction Motion.

4. Counsel for defendants have indicated to Plaintiff's counsel that they have no objection to the withdrawal of the Injunction Motion.

Dated: April 25, 2017

**OF COUNSEL:**

Seth D. Rigrodsky (to be admitted *pro hac vice*)
Gina M. Serra (to be admitted *pro hac vice*)
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

Respectfully submitted

**LEVI & KORSINSKY LLP**

By: */s/ Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiff*