IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMY HOLZMAN,

    Plaintiff,

v.

INVENSENSE INC, et al.,

    Defendants.

No. C 17-01038 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court sua sponte refers this case to Judge James Donato to determine whether it is related to *Nuzzo v. InvenSense, Inc., et al.*, No. 3:17-cv-00859-JD.

**IT IS SO ORDERED.**

Dated: May 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE