ROSEMARY M. RIVAS (SBN 209147)
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Attorney for Plaintiff*

[Additional Counsel listed on signature block.]

### UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC NUZZO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVENSENSE, INC., BEHROOZ ABDI, AMIR FAINTUCH, USAMA FAYYAD, EMIKO HIGASHI, JON OLSON, AMIT SHAH, ERIC STANG, YUNBEI YU, TDK CORPORATION, and TDK SENSOR SOLUTIONS CORPORATION,<br><br>Defendants. | Case No. 3:17-cv-00859-JD<br><br>**CLASS ACTION**<br><br>**NOTICE OF AGREEMENT**<br><br>Judge:    Hon. James Donato |

WHEREAS, on May 24, 2017, the parties in the above-captioned class action (the "Action") filed a Stipulation Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (the "Stipulation of Dismissal") (Dkt. No. 16);

WHEREAS, on May 26, 2017, the Court granted in part the Stipulation of Dismissal and ordered that the case remain open for an additional 45 days and that if no fee application is filed by that time, the case will be closed (Dkt. No. 17);

WHEREAS, the Parties to this Action, as well as in the other related cases[1], have reached a collective agreement to resolve the intended fee application;

NOW, THEREFORE, PLEASE TAKE NOTICE that the Parties submit that it would be appropriate for the Court to close this Action.

Respectfully submitted,

Dated:  July 10, 2017

**LEVI & KORSINSKY LLP**

By: */s/ Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiff*

**OF COUNSEL:**

Seth D. Rigrodsky (to be admitted *pro hac vice*)
Gina M. Serra (to be admitted *pro hac vice*)
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

---

[1]  In addition to the present Action, five later filed actions were commenced against Defendants.  *See Chicorel v. InvenSense, Inc., et al.*, Case No. 5:17-cv-00901; *Dunham v. InvenSense, Inc., et al.*, Case No. 5:17-cv-00957; *Isaac v. InvenSense, Inc., et al.*, Case No. 3:17-cv-01014; *Holzman v. InvenSense, Inc., et al.*, Case No. 3:17-cv-01038; *Rollins v. InvenSense, Inc., et al.*, Case No. 3:17-cv-01574. Pursuant to the Court's Order on June 27, 2017, the Court related the five later filed actions to this Action (Dkt. No. 19).

1

Case No.: 3:17-cv-00859-JD